**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**KENNETH SELECKY,**

    **Plaintiff,**

v.                                      Case No: 8:17-cv-1217-T-35JSS

**VANDERBILT MORTGAGE AND FINANCE, INC.,**

    **Defendant.**
_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of the Unopposed Motion to Compel Arbitration and Stay Civil Action (Dkt. 10) filed by Defendant, Vanderbilt Mortgage and Finance, Inc. In the Motion, Defendant requests an order of the Court compelling arbitration of the claims in suit pursuant to the binding arbitration agreement executed by Plaintiff and assigned to Defendant. Plaintiff does not oppose the requested relief.

Upon consideration and review, it is hereby **ORDERED** that:

1. Defendant's Unopposed Motion to Compel Arbitration and Stay Civil Action (Dkt. 10) is **GRANTED**. The Parties are directed to arbitrate all claims at issue in this action.

2. This proceeding is **STAYED** pending arbitration. The Clerk is directed to **TERMINATE** all motions pending before the Court and **ADMINISTRATIVELY CLOSE** this case.

3. The Parties shall have **fourteen (14) days** after the completion of arbitration to file a notice or appropriate motion advising the Court how and whether this case should proceed.

**DONE** and **ORDERED** in Tampa, Florida, this 27th day of June, 2017.

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE